# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BLOUNT BROS. CONSTRUCTION,
LLC

VERSUS

STATE OF LOUISIANA-
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, FIDELITY &
DEPOSIT COMPANY OF MARYLAND,
ZURICH AMERICAN INSURANCE
COMPANY, JANICE WILLIAMS AND
MIKE VOSBURG

NO.   2024 CW 0255

MARCH 22, 2024

---

In Re:   Blount Bros. Construction, LLC, Blount Holdings, Inc.,
Blount Bros Construction, Inc., KHCD Properties, LLC,
Aggregate Properties, LLC and C. Denzil Blount,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 662319.

---

**BEFORE:   WOLFE, HESTER, AND MILLER, JJ.**

**STAY DENIED; WRIT DENIED.**

EW
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

_a.s̄p̄_
DEPUTY CLERK OF COURT
FOR THE COURT